DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-06-00417-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

                                

TYLER, TEXAS

 

 

JOHANNA
LYNN BICE,     §          APPEAL FROM THE SEVENTH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant, who is pro se in this appeal, has filed a
motion to withdraw her notice of appeal. No decision having been delivered by
this Court, the motion is granted, and the appeal is dismissed in accordance
with Texas Rule of Appellate Procedure 42.2.

Opinion
delivered January 24, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)